1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARYANNE SOLAK,

        Plaintiff,

v.

STEPHEN A. WYNN, et al.,

        Defendants.

2:12-CV-567 JCM (PAL)

**ORDER**

      Presently before the court is plaintiff Maryanne Solak's motion to reassign cases.  (Doc. #8).

Plaintiff also filed a motion to consolidate cases (doc. #9), which the court granted on June 6, 2012

(doc. #35).  Therefore, this case has already been consolidated with base case *Louisiana Municipal*

*Police Employees' Retirement System v. Wynn, et. al.*, case number 2:12-cv-509, and the instant

motion to reassign is moot.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Maryanne Solak's

motion to reassign cases (doc. #8) be, and the same hereby is, DENIED as moot.

      DATED June 19, 2012.

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**