# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARYANNE SOLAK,

       Plaintiff,

v.

STEPHEN A. WYNN, et al.,

       Defendants.

2:12-CV-567 JCM (PAL)

## ORDER

Presently before the court is plaintiff Maryanne Solak's motion to reassign cases. (Doc. #8). Plaintiff also filed a motion to consolidate cases (doc. #9), which the court granted on June 6, 2012 (doc. #35). Therefore, this case has already been consolidated with base case *Louisiana Municipal Police Employees' Retirement System v. Wynn, et. al.*, case number 2:12-cv-509, and the instant motion to reassign is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Maryanne Solak's motion to reassign cases (doc. #8) be, and the same hereby is, DENIED as moot.

DATED June 19, 2012.

                                                            */s/ James C. Mahan*
                                             UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**